[No. 229.   Decided November 5, 1891.]

Oscar C. Olsen, *Appellant*, v. D. Newton, *Respondent.*

*Appeal from Superior Court, Chehalis County.*

*Chas. F. Lord,* for appellant.

Stiles, J.—This appeal was taken from an order sustaining a demurrer to plaintiff's complaint. No final judgment was entered, as appears from the record, and this court, therefore, has no jurisdiction of the cause. *McElwain v. Huston,* 1 Wash. 359 (25 Pac. Rep. 465). Appeal dismissed.

Anders, C. J., and Dunbar, Hoyt and Scott, JJ., concur.